**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL** |
| | : | |
| **v.** | : | **NO. 09-531-1** |
| | : | |
| **CARLOS DIAZ and** | : | |
| **LUIS FIGUEROA** | : | |

## ORDER

      **AND NOW**, this 4th day of September, 2013, upon consideration of the Motion to Vacate, Set Aside or Correct a Sentence Under 28 U.S.C. § 2255 (Document No. 86) and the government's response, it is **ORDERED** that the motion is **DENIED**.

      **IT IS FURTHER ORDERED** that there is no probable cause to issue a certificate of appealability.


          /s/Timothy J. Savage_____
          TIMOTHY J. SAVAGE,  J.